No. 60572.—Pfaff American Sales Corp. v. United States, protests 267744–K, 275459–K, and 273762–K (New York).

Opinion by Rao, J. In accordance with stipulation of counsel that each of the items of merchandise in question, when joined together with a sewing-machine head, included in the same importation, forms a complete article of commerce known as a portable sewing machine, and that the items in question and said sewing-machine heads are integral parts of such portable sewing machines, the claim of the plaintiff was sustained.

No. 60573.—Herzman Scarfs, Inc., et al. v. United States, protests 277006–K, etc. (New York).

Opinion by Ford, J. In accordance with stipulation of counsel that the merchandise consists of silk scarves or squares similar in all material respects to those the subject of United States v. The Specialty House, Inc., Bryant & Heffernan, Inc., et al. (42 C. C. P. A. 136, C. A. D. 585), the claim of the plaintiffs was sustained.